UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **ANTONIO HARRIS** | **CIV. ACTION NO. 3:21-01332** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JACOB BROWN, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 51] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Rule 12(b) motions to dismiss for insufficient process, insufficient service of process, and/or lack of personal jurisdiction filed by Defendants, Jacob Brown [Doc. Nos. 19 & 46], Dakota DeMoss [Doc. No. 22], and George Harper [Doc. No. 24], are **DENIED.**

**MONROE, LOUISIANA**, this 13th day of October 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE