UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **ANTONIO HARRIS** | **CIV. ACTION NO. 3:21-01332** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JACOB BROWN, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge [Doc. No. 69] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion for partial dismissal for failure to state a claim upon which relief can be granted [Doc. No. 49] filed by Defendants, Gary Gilley and Joel Weatherly, is **GRANTED-IN-PART**, and that Plaintiff's official-capacity claim only under 42 U.S.C. § 1983 against Defendant, Joel Weatherly, is hereby **DISMISSED, WITH PREJUDICE** pursuant to Fed. R. Civ. P. 12(b)(6).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the motion for partial dismissal [Doc. No. 49] otherwise is **DENIED.**

Monroe, Louisiana, this 7th day of December 2021.

_____
Terry A. Doughty
United States District Judge