UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ANTONIO HARRIS | CIV. ACTION NO. 3:21-01332 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| JACOB BROWN, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the motion to dismiss [doc. # 64] filed by Defendants, Louisiana Department of Public Safety & Corrections on behalf of the Louisiana State Police and Colonel Lamar Davis, is GRANTED-IN-PART and that Plaintiff Antonio Harris's claims against Louisiana Department of Public Safety & Corrections on behalf of the Louisiana State Police and Colonel Lamar Davis, *in his official capacity*, are hereby DISMISSED, without prejudice, for lack of subject matter jurisdiction. FED. R. CIV. P. 12(b)(1).

IT IS FURTHER ORDERED that the motion to dismiss [doc. # 64] filed by Defendants, Louisiana Department of Public Safety & Corrections on behalf of the Louisiana State Police and Colonel Lamar Davis, is GRANTED-IN-PART and that Plaintiff Antonio Harris's claims against Colonel Lamar Davis, *in his individual capacity*, are hereby DISMISSED, without prejudice, for lack of personal jurisdiction, insufficient process, and/or insufficient service of process. FED. R. CIV. P. 12(b)(2), (4), and/or (5).

IT IS FURTHER ORDERED that the motion to dismiss, including the request for an award of fees and/or costs under 42 U.S.C. § 1988, [doc. # 64] otherwise is DENIED.

Monroe, Louisiana, this 6th day of January 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE