**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| **ANTONIO HARRIS,** *Plaintiff* | * | **CIVIL ACTION NO. 3:21-CV-01332** |
| | * | |
| **VERSUS** | * | **JUDGE: TERRY A. DOUGHTY** |
| | * | |
| **JACOB BROWN, ET AL,** *Defendants* | * | **MAG. JUDGE: KAYLA D. MCCLUSKY** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**<u>MOTION TO COMPEL DEFENDANTS TO RESPOND TO PLAINTIFF'S DISCOVERY AND TO PRODUCE DEPONENTS FOR DEPOSITIONS</u>**

**NOW INTO COURT**, through undersigned counsel, Plaintiff, **ANTONIO HARRIS ("HARRIS")**, respectfully moves this court for an order to compel Defendants, **GEORGE HARPER, JACOB BROWN, DAKOTA DEMOSS, GARY GILLEY, AND JOEL WEATHERLY ("DEFENDANTS"),** to provide answers to *Interrogatories* and responses to *Requests for Production of Documents* discovery, originally propounded to them on April 2, 2026; for the reasons set forth below and in the associated memorandum:

1.

On April 2, 2026, Harris propounded *Interrogatories, Requests for Admissions, and Requests for Production of Documents*, to all Defendants; by email. **See Exhibit A**

2.

On April 13, 2026, Harris filed *Plaintiff's Exparte Motion for Extension of Deadline* [Doc. #96], to extend the discovery deadline from April 27, 2026.

3.

On April 21, 2026, Magistrate McClusky signed an Order which extended the discovery deadline up to and including, March 29, 2026. [Document #100]

4.

Defendant George Harper submitted responses to request for admissions on April 27, 2026.

5.

Defendants Gary Gilley and Joel Weatherly submitted responses to request for admissions on April 28, 2026.

6.

Defendant Dakota DeMoss submitted responses to request for admissions on April 29, 2026.

7.

Defendant Jacob Brown submitted responses to request for admissions on May 2, 2026.

8.

No further responses or answers were received from any Defendants. **See Exhibit B.** On May 11, 2026, undersigned counsel sent correspondence letters to each defendant's counsel, setting a *Local Rule 37.1* discovery conference, for May 15, 2026. **See Exhibit C.** All Defendants were given an extension of time to produce answers and responses to their respectively delinquent discovery, until May 19, 2026. **See Exhibit D.** To date, no responses or answers have been received and instead, all defense counsel have specifically refused to comply. **See Exhibit E**.

9.

Plaintiff has cooperated in the May 22, 2026 setting and the taking of his expert's deposition; several days after this court's imposed deadline of 2 weeks before May 27, 2026. However, Defendants DeKota DeMoss and Jacob Brown have refused to confirm dates for the taking of their experts', Darrell Bradley and Greg Meyer, depositions. **See Exhibit F.**

10.

Further, Plaintiff has deposed multiple individuals in the last several weeks. Specifically, he was given only 2 identified days (May 20 and 22, 2026) during which to depose 6 of 9

desired/identified police officer / investigating fact witnesses.  The 6 deponents are represented by the same counsel and it was made clear that none of the deponents' depositions would be allowed to continue past 5:00 pm.  Plaintiff issued a *Notice of Deposition* for the taking of non-party fact witness, Gustave Bethea. Bethea was produced, and made available on May 22, 2026, along with 3 other witnesses; 1 of whom was Plaintiff's expert.  Multiple defendants' attorneys deposed Plaintiff's expert from 9:00 am – 2:30 pm or 3:00 pm; leaving only 2 hours for Plaintiff to depose his 3 noticed deponents, by 5:00 pm. As a result,  undersigned counsel knew by 2:30 pm that there would not be enough time to depose Bethea, and so informed one of his attorneys, Jennie Pelligrin, by text and verbally on the virtual deposition link, that he could be released due to defense counsel's time constraints.  On May 22, 2026, by text, counsel was asked for a substitute date to depose Bethea and again by email on May 26, 2026. To date, no date has been provided and Counsel for Brad Calvit has made a written objection to any deposition conducted after the court's imposed deadline.

WHEREFORE, Plaintiff, **ANTONIO HARRIS**, prays that this Honorable Court grants this motion and that Defendants, **GEORGE HARPER, JACOB BROWN, DAKOTA DEMOSS, GARY GILLEY, AND JOEL WEATHERLY,** be compelled by order, to respond to and answer discovery at issue and produce their respective experts, Darrell Bradely and Greg Meyer, for the taking of their depositions; to provide a substitute date to depose Gustave Bethea; that this court provide additional time (at least 35 days) for all of the aforementioned to accomplished and for related extension for the filing of Daubert motions; and for all costs reasonable and for the filing of this motion.

Respectfully submitted,
**DORAN & CAWTHORNE, PLLC**
/s/ Adrejia L. A. Boutté

_____

**PRIDE J. DORAN, #25035**
**ADREJIA L. BOUTTÉ, #30132**
**JEREMY G. JASON, #40832**
529 E. Landry Street (70570)
Post Office Box 2119
Opelousas, Louisiana 70571
Phone: (337) 948-8008
Fax: (337) 948-0098
pride@doranlawfirm.com
adrejia@doranlawfirm.com
jeremy@doranlawfirm.com

**AND**

  /s/ Michael T. Sterling
**MICHAEL T. STERLING-GA BAR #745667**
The Law Office of 925 Sterling by Michael Sterling
318 Cherokee Ave., Suite B -106
Atlanta, Georgia 30312
Phone : (470) 354- 0600
mike@miketsterlinglaw.com (Pro Hac Vice)

**Attorneys for Antonio Harris**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 29th day of May, 2026, a copy of the foregoing was sent to counsel of record, via the CM/ECF electronic filing system.

  /s/Adrejia L. A. Boutté
**ADREJIA BOUTTÉ**