## Adrejia Boutte

| | |
|---|---|
| **From:** | Adrejia Boutte |
| **Sent:** | Wednesday, April 22, 2026 10:37 AM |
| **To:** | Brad Calvit; Joshua Dara, Jr.; Racer, Charles; Garner, Adrianne; Eli Meaux; Steven Oxenhandler; Morgan Briggs; laura@rodriguearcuri.com; Lisa Scoman; blake@rodriguearcuri.com; craig@rodriguearcuri.com; jason@rodriguearcuri.com; Tannie Swent; Jessica Poole; Melanie McNeal; John Ryland |
| **Cc:** | Pride Doran; LaTasha Duren; crystal@miketsterlinglaw.com; mike@miketsterlinglaw.com; Jeremy Jason |
| **Subject:** | RE: Antonio Harris v. Jacob Brown et al. USW 21-1332 |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good morning, all-

Please advise of good dates for depositions for the rest of this month for virtual depositions, in case anyone's schedule has freed up, through May 27th.

Plaintiffs will be conferring with counsel for the other LSP employees, regarding which works best for their clients. But we also need good dates for deposing defendants' experts during the:

**Greg Meyer** (Dakota Moss)
**Darrell Bradley** (Jacob Brown)

Also, I haven't seen a *Witness and Exhibit* list produced on behalf of George Harper. Is there one?

Please advise.

Thanks,
Adrejia





**Adrejia L. A. Boutté** (she/her)
Chief Operating Officer & Senior Attorney
**842 Main St.**
**Baton Rouge, LA. 70802**
**Direct:** (830) 287-5148
**Main Office**: (225) 217-6400
**Facsimile**: (337) 948-0098
**Email:** adrejia@doranlawfirm.com

**LinkedIn:** Adrejia

**Send all mail to:**
**529 East Landry Street**
**Post Office Box 2119 (70570)**
**Opelousas, Louisiana 70571-2119**

**www.realtalkandresults.com**

This Email is covered by the Electronic Communications Act, 18 U.S.C. && 2510-2521 and may be legally privileged.  The information contained in this Email is intended only for use of the individual or entity named above.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and destroy the original message.

**EXHIBIT F** [1]

## Adrejia Boutte

| | |
|---|---|
| **From:** | Adrejia Boutte |
| **Sent:** | Monday, May 11, 2026 2:52 PM |
| **To:** | Jennie Pellegrin; Steven Oxenhandler; 'Morgan Briggs'; Blake Arcuri; Jason Wixom |
| **Cc:** | MMcNeal; Racer, Charles; Lisa Lopez; Kelsi Flores; Ben Mayeaux; Laura Rodrigue; Lisa Scoman; Garner, Adrianne; Tannie Swent; 'Jessica Poole'; John Ryland; Pride Doran; LaTasha Duren; 'crystal@miketsterlinglaw.com'; 'mike@miketsterlinglaw.com'; Jeremy Jason; Eli Meaux |
| **Subject:** | RE: Antonio Harris v. Jacob Brown et al. USW 21-1332 |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Ok. To put this all, in one place, this is what we have so far set:

### Re: May 20th
**In Monroe, with a virtual access link, <mark>starting at 10:00 am</mark>**
- John Peters
- Bruce Robinson
- Larry Shappley

### RE: May 22nd
**in Monroe @ AG – Bryan's office, with a virtual access link – <mark>at: 11:00 am</mark>**
- Plaintiff expert, Grafton

**In Lafayette** @ NeunerPate office and with a virtual link: <mark>These will have to start after Grafton's ends, if no one is available until 10 am</mark>.
- Raymond Hughes
- Gus Bethea
- Chris Eskew

<mark>-@Steven & Morgan (Jacob Brown counsel)</mark> – per my 4/22/26 email, we have not gotten dates for your expert, **Darrell Bradley. Also, please resend your expert's report.**

<mark>-@Blake/Jason (counsel for Weatherly & Gilley),</mark> **please** re**send your witness list and expert list/report** and **we will need a date for your expert's deposition**, if you have one. Also, discovery responses to your requests and queries were sent on 4/26. Per my 4/22/26 email **we still need dates for**: **Warden Joel Weatherly** and, since Sheriff Gilley has passed, please provide available dates for a deposition of **Deputy Justin Spillers.**

**Re: Dakota DeMoss's expert, Greg Meyer** – I'm waiting **on confirmation for May 21st**.

Thanks,
Adrejia



**Adrejia L. A. Boutté** (she/her)
Chief Operating Officer & Senior Attorney
**842 Main St.**
**Baton Rouge, LA. 70802**
**Direct:** (830) 287-5148
**Main Office**: (225) 217-6400
**Facsimile**: (337) 948-0098
**Email:** adrejia@doranlawfirm.com

**LinkedIn:** Adrejia

1

## Adrejia Boutte

| | |
|---|---|
| **From:** | Adrejia Boutte |
| **Sent:** | Wednesday, May 13, 2026 10:15 AM |
| **To:** | 'Joshua Dara, Jr.'; 'Jessica Poole'; 'Morgan Briggs' |
| **Cc:** | Pride Doran; Michael Sterling; 'crystal@miketsterlinglaw.com'; LaTasha Duren; Jeremy Jason |
| **Subject:** | FW: Antonio Harris v. Jacob Brown et al. USW 21-1332 |
| **Importance:** | High |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

| Tracking: | Recipient | Delivery |
|---|---|---|
| | 'Joshua Dara, Jr.' | |
| | 'Jessica Poole' | |
| | 'Morgan Briggs' | |
| | Pride Doran | Delivered: 5/13/2026 10:16 AM |
| | Michael Sterling | |
| | 'crystal@miketsterlinglaw.com' | |
| | LaTasha Duren | Delivered: 5/13/2026 10:15 AM |
| | Jeremy Jason | Delivered: 5/13/2026 10:15 AM |

Counsel-

We have never been provided a good date for your client, **Jacob Brown**.  We are amendable to a date after 5/27 if he cannot accommodate before then.

Also, still waiting for a **date for your expert**, Darrell Bradley, and a **resend of a copy of his report.**

Thanks,
Adrejia





**Adrejia L. A. Boutté** (she/her)
Chief Operating Officer & Senior Attorney
**842 Main St.**
**Baton Rouge, LA. 70802**
**Direct:** (830) 287-5148
**Main Office**: (225) 217-6400
**Facsimile**: (337) 948-0098
**Email:** adrejia@doranlawfirm.com

**LinkedIn:** Adrejia

**Send all mail to:**
**529 East Landry Street**
**Post Office Box 2119 (70570)**
**Opelousas, Louisiana 70571-2119**

**www.realtalkandresults.com**

1

## Adrejia Boutte

| | |
|---|---|
| **From:** | Racer, Charles <RacerC@ag.louisiana.gov> |
| **Sent:** | Wednesday, May 27, 2026 1:47 PM |
| **To:** | Adrejia Boutte; 'Joshua Dara, Jr.'; 'Jessica Poole'; 'Morgan Briggs' |
| **Cc:** | Pride Doran; 'mike@miketsterlinglaw.com'; LaTasha Duren; 'crystal@miketsterlinglaw.com'; Jeremy Jason |
| **Subject:** | RE: Antonio Harris v. Jacob Brown et al. USW 21-1332 |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Andreja:

I have responded to each email about the deposition of Greg Meyer.  If you recall, I originally provided specific dates to you.  However, due to the passage of time,  no deposition notice issued.  When you inquired about the availability of one of the dates remaining open on short notice, my expert reminded all that he must receive his a deposition fee payment prior to the deposition.   He would not accommodate on such short notice.   To date, I have received no responses to these emails.

I will each out to my expert again for his availability.   However, the deadline for such depositions has expired.  Thanks,



**C. Bryan Racer**

Monroe Regional Office Chief, Litigation Division
Office of Attorney General Liz Murrill
Phone: (318) 362-5256  Fax: (318) 362-5259
www.AGLizMurrill.com

---

**From:** Adrejia Boutte <Adrejia@doranlawfirm.com>
**Sent:** Wednesday, May 27, 2026 12:32 PM
**To:** Racer, Charles <RacerC@ag.louisiana.gov>; 'Joshua Dara, Jr.' <jdara@goldweems.com>; 'Jessica Poole' <jpoole@goldweems.com>; 'Morgan Briggs' <mbriggs@goldweems.com>
**Cc:** Pride Doran <Pride@doranlawfirm.com>; 'mike@miketsterlinglaw.com' <mike@miketsterlinglaw.com>; LaTasha Duren <latasha@doranlawfirm.com>; 'crystal@miketsterlinglaw.com' <crystal@miketsterlinglaw.com>; Jeremy Jason <Jeremy@doranlawfirm.com>
**Subject:** RE: Antonio Harris v. Jacob Brown et al. USW 21-1332

Counsel-

We have repeatedly asked for dates to depose your experts, Darrell Bradley and Greg Meyer. Since you have not provided them, per the 5/27 deadline, please advise of a date within the 2nd week of June.

1

Adrejia



**Adrejia L. A. Boutté** (she/her)
Chief Operating Officer & Senior Attorney
**842 Main St.**
**Baton Rouge, LA. 70802**
**Direct:** (830) 287-5148
**Main Office**: (225) 217-6400
**Facsimile**: (337) 948-0098
**Email:** adrejia@doranlawfirm.com

**LinkedIn:** Adrejia

**Send all mail to:**
**529 East Landry Street**
**Post Office Box 2119 (70570)**
**Opelousas, Louisiana 70571-2119**

**www.realtalkandresults.com**



This Email is covered by the Electronic Communications Act, 18 U.S.C. && 2510-2521 and may be legally privileged.  The information contained in this Email is intended only for use of the individual or entity named above.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and destroy the original message.

**From:** Racer, Charles <RacerC@ag.louisiana.gov>
**Sent:** Monday, May 11, 2026 3:24 PM
**To:** Adrejia Boutte <Adrejia@doranlawfirm.com>
**Cc:** Pride Doran <Pride@doranlawfirm.com>; 'mike@miketsterlinglaw.com' <mike@miketsterlinglaw.com>; LaTasha Duren <latasha@doranlawfirm.com>; 'crystal@miketsterlinglaw.com' <crystal@miketsterlinglaw.com>; Jeremy Jason <Jeremy@doranlawfirm.com>
**Subject:** RE: Antonio Harris v. Jacob Brown et al. USW 21-1332

Andrejia:

I am unsure.  I doubt it, but will inquire.  Additionally, he will require prepayment of his deposition fee.  I am out of pocket this week, but will send him an email to see.  I will update when I know.  Thanks



**C. Bryan Racer**
Monroe Regional Office Chief, Litigation Division
Office of Attorney General Liz Murrill
Phone: (318) 362-5256  Fax: (318) 362-5259
www.AGLizMurrill.com

**From:** Adrejia Boutte <Adrejia@doranlawfirm.com>
**Sent:** Monday, May 11, 2026 2:51 PM

**To:** Racer, Charles <RacerC@ag.louisiana.gov>
**Cc:** Pride Doran <Pride@doranlawfirm.com>; 'mike@miketsterlinglaw.com' <mike@miketsterlinglaw.com>; LaTasha Duren <latasha@doranlawfirm.com>; 'crystal@miketsterlinglaw.com' <crystal@miketsterlinglaw.com>; Jeremy Jason <Jeremy@doranlawfirm.com>
**Subject:** RE: Antonio Harris v. Jacob Brown et al. USW 21-1332

Bryan-

I think I overlooked this email. Is your expert still available on May 21st for a virtual deposition?

Adrejia





**Adrejia L. A. Boutté** (she/her)
Chief Operating Officer & Senior Attorney
**842 Main St.**
**Baton Rouge, LA. 70802**
**Direct:** (830) 287-5148
**Main Office**: (225) 217-6400
**Facsimile**: (337) 948-0098
**Email:** adrejia@doranlawfirm.com

**LinkedIn:** Adrejia

**Send all mail to:**
**529 East Landry Street**
**Post Office Box 2119 (70570)**
**Opelousas, Louisiana 70571-2119**

**www.realtalkandresults.com**

This Email is covered by the Electronic Communications Act, 18 U.S.C. && 2510-2521 and may be legally privileged.  The information contained in this Email is intended only for use of the individual or entity named above.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and destroy the original message.

**From:** Racer, Charles <RacerC@ag.louisiana.gov>
**Sent:** Monday, April 27, 2026 8:57 AM
**To:** Adrejia Boutte <Adrejia@doranlawfirm.com>
**Subject:** RE: Antonio Harris v. Jacob Brown et al. USW 21-1332

Good morning:

As my expert is in California, I assume you are agreeable to a zoom deposition.  My expert is available for a zoom deposition as follows:

　　May 6-8; 21-22.

When you receive a response from others, just let me know what date you desire to select.  Thanks,

3



**C. Bryan Racer**

Monroe Regional Office Chief, Litigation Division

Office of Attorney General Liz Murrill

Phone: (318) 362-5256  Fax: (318) 362-5259

www.AGLizMurrill.com

---

**From:** Adrejia Boutte <Adrejia@doranlawfirm.com>
**Sent:** Sunday, April 26, 2026 11:07 AM
**To:** Racer, Charles <RacerC@ag.louisiana.gov>; Brad Calvit <bcalvit@provosty.com>; Joshua Dara, Jr. <jdara@goldweems.com>; Garner, Adrianne <GarnerA@ag.louisiana.gov>; Eli Meaux <EMeaux@provosty.com>; Steven Oxenhandler <soxenhandler@goldweems.com>; Morgan Briggs <mbriggs@goldweems.com>; laura@rodriguearcuri.com; Lisa Scoman <lscoman@provosty.com>; blake@rodriguearcuri.com; craig@rodriguearcuri.com; jason@rodriguearcuri.com; Tannie Swent <TSwent@provosty.com>; Jessica Poole <jpoole@goldweems.com>; Melanie McNeal <MMcNeal@provosty.com>; John Ryland <JRyland@provosty.com>
**Cc:** Pride Doran <Pride@doranlawfirm.com>; LaTasha Duren <latasha@doranlawfirm.com>; crystal@miketsterlinglaw.com; mike@miketsterlinglaw.com; Jeremy Jason <Jeremy@doranlawfirm.com>
**Subject:** RE: Antonio Harris v. Jacob Brown et al. USW 21-1332

Thanks, Bryan

Yes, per my 4/1/26 email: **our expert** is available for deposing **during May 11 – 22, 2026; after 10:30 am** (please include a virtual access to deposition)

-Adrejia



**Adrejia L. A. Boutté** (she/her)
Chief Operating Officer & Senior Attorney
**842 Main St.**
**Baton Rouge, LA. 70802**
**Direct:** (830) 287-5148
**Main Office**: (225) 217-6400
**Facsimile**: (337) 948-0098
**Email:** adrejia@doranlawfirm.com

**LinkedIn:** Adrejia

**Send all mail to:**
**529 East Landry Street**
**Post Office Box 2119 (70570)**
**Opelousas, Louisiana 70571-2119**

**www.realtalkandresults.com**



This Email is covered by the Electronic Communications Act, 18 U.S.C. && 2510-2521 and may be legally privileged.  The information contained in this Email is intended only for use of the individual or entity named above.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and destroy the original message.

---

**From:** Racer, Charles <RacerC@ag.louisiana.gov>
**Sent:** Wednesday, April 22, 2026 1:41 PM
**To:** Adrejia Boutte <Adrejia@doranlawfirm.com>; Brad Calvit <bcalvit@provosty.com>; Joshua Dara, Jr.

<jdara@goldweems.com>; Garner, Adrianne <GarnerA@ag.louisiana.gov>; Eli Meaux <EMeaux@provosty.com>; Steven Oxenhandler <soxenhandler@goldweems.com>; Morgan Briggs <mbriggs@goldweems.com>; laura@rodriguearcuri.com; Lisa Scoman <lscoman@provosty.com>; blake@rodriguearcuri.com; craig@rodriguearcuri.com; jason@rodriguearcuri.com; Tannie Swent <TSwent@provosty.com>; Jessica Poole <jpoole@goldweems.com>; Melanie McNeal <MMcNeal@provosty.com>; John Ryland <JRyland@provosty.com>
**Cc:** Pride Doran <Pride@doranlawfirm.com>; LaTasha Duren <latasha@doranlawfirm.com>; crystal@miketsterlinglaw.com; mike@miketsterlinglaw.com; Jeremy Jason <Jeremy@doranlawfirm.com>
**Subject:** RE: Antonio Harris v. Jacob Brown et al. USW 21-1332

Good afternoon:

Currently, my availability remains unchanged from prior dates.  However, I may have something free up in the next week.  I will reach out to Greg Meyers for his availability.  Have you provided dates for the deposition of your expert yet?  I have not seen any.  Thanks,



**C. Bryan Racer**
Monroe Regional Office Chief, Litigation Division
Office of Attorney General Liz Murrill
Phone: (318) 362-5256  Fax: (318) 362-5259
www.AGLizMurrill.com

---

**From:** Adrejia Boutte <Adrejia@doranlawfirm.com>
**Sent:** Wednesday, April 22, 2026 10:37 AM
**To:** Brad Calvit <bcalvit@provosty.com>; Joshua Dara, Jr. <jdara@goldweems.com>; Racer, Charles <RacerC@ag.louisiana.gov>; Garner, Adrianne <GarnerA@ag.louisiana.gov>; Eli Meaux <EMeaux@provosty.com>; Steven Oxenhandler <soxenhandler@goldweems.com>; Morgan Briggs <mbriggs@goldweems.com>; laura@rodriguearcuri.com; Lisa Scoman <lscoman@provosty.com>; blake@rodriguearcuri.com; craig@rodriguearcuri.com; jason@rodriguearcuri.com; Tannie Swent <TSwent@provosty.com>; Jessica Poole <jpoole@goldweems.com>; Melanie McNeal <MMcNeal@provosty.com>; John Ryland <JRyland@provosty.com>
**Cc:** Pride Doran <Pride@doranlawfirm.com>; LaTasha Duren <latasha@doranlawfirm.com>; crystal@miketsterlinglaw.com; mike@miketsterlinglaw.com; Jeremy Jason <Jeremy@doranlawfirm.com>
**Subject:** RE: Antonio Harris v. Jacob Brown et al. USW 21-1332

Good morning, all-

Please advise of good dates for depositions for the rest of this month for virtual depositions, in case anyone's schedule has freed up, through May 27th.

Plaintiffs will be conferring with counsel for the other LSP employees, regarding which works best for their clients. But we also need good dates for deposing defendants' experts during the:

**Greg Meyer** (Dakota Moss)
**Darrell Bradley** (Jacob Brown)

5

Also, I haven't seen a *Witness and Exhibit* list produced on behalf of George Harper. Is there one?

Please advise.

Thanks,
Adrejia





**Adrejia L. A. Boutté** (she/her)
Chief Operating Officer & Senior Attorney
**842 Main St.**
**Baton Rouge, LA. 70802**
**Direct:** (830) 287-5148
**Main Office:** (225) 217-6400
**Facsimile**: (337) 948-0098
**Email:** adrejia@doranlawfirm.com

**LinkedIn:** Adrejia

**Send all mail to:**
**529 East Landry Street**
**Post Office Box 2119 (70570)**
**Opelousas, Louisiana 70571-2119**

**www.realtalkandresults.com**

This Email is covered by the Electronic Communications Act, 18 U.S.C. && 2510-2521 and may be legally privileged.  The information contained in this Email is intended only for use of the individual or entity named above.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and destroy the original message.

**From:** Adrejia Boutte <Adrejia@doranlawfirm.com>
**Sent:** Tuesday, April 14, 2026 10:01 AM
**To:** mcclusky_motions@lawd.uscourts.gov
**Cc:** Pride Doran <pride@doranlawfirm.com>; LaTasha Duren <LaTasha@doranlawfirm.com>; crystal@miketsterlinglaw.com; mike@miketsterlinglaw.com; Jeremy Jason <Jeremy@doranlawfirm.com>; Brad Calvit <bcalvit@provosty.com>; Joshua Dara, Jr. <jdara@goldweems.com>; Racer, Charles <RacerC@ag.louisiana.gov>; Garner, Adrianne <GarnerA@ag.louisiana.gov>; Eli Meaux <EMeaux@provosty.com>; Steven Oxenhandler <soxenhandler@goldweems.com>; Morgan Briggs <mbriggs@goldweems.com>; laura@rodriguearcuri.com; Lisa Scoman <lscoman@provosty.com>; blake@rodriguearcuri.com; craig@rodriguearcuri.com; jason@rodriguearcuri.com; Tannie Swent <TSwent@provosty.com>; Jessica Poole <jpoole@goldweems.com>; Melanie McNeal <MMcNeal@provosty.com>; John Ryland <JRyland@provosty.com>
**Subject:** RE: Antonio Harris v. Jacob Brown et al. USW 21-1332


Hon. McClusky-

Please see attached courtesy copies of, Motion (with incorporated supporting statements) and Proposed Order, filed on behalf of plaintiff, Antonio Harris, on April 13, 2026.

Thanks,
Adrejia



**Adrejia L. A. Boutté** (she/her)
Chief Operating Officer & Senior Attorney
**842 Main St.**
**Baton Rouge, LA. 70802**
**Direct:** (830) 287-5148
**Main Office**: (225) 217-6400

6