JOHN BEL EDWARDS
GOVERNOR

LAMAR A. DAVIS, COLONEL
DEPUTY SECRETARY

State of Louisiana
*Department of Public Safety and Corrections*
*Public Safety Services*

**March 11, 2021**

**TO:** **Captain Chris Eskew**
**Commander, Internal Affairs Section**

**FROM:** **Trooper Richard Buckland**
**Internal Affairs Section**

**RE:** **Allegations of Use of Deadly Force, Use of Non Deadly Force, Use of Force - Medical Aid, Use of Force Reporting, BWC & ICC Systems Categorization, Conformance to Laws, Conduct Unbecoming an Officer, and False Statements on the part of Trooper First Class Jacob Brown, LSP – Troop F**

**CASE #:** **21-005**

**INTERNAL AFFAIRS REVIEW**

On Saturday, May 23, 2020, at approximately 5:25 p.m., TFC Jacob Brown stopped a Hyundai Sonata, driven by Mr. Antonio Harris, after observing him commit an Improper Lane Usage violation on I-20 eastbound in Richland Parish. During the traffic stop, TFC Brown learned that Mr. Harris had a suspended driver's license and possible active warrants. While waiting for confirmation of the warrants, Tpr. Brown sent a group message via his MDT to TPR. Dakota DeMoss, Tpr. Gerorge Harper, and TFC Larry Shappley for assistance. While TFC Brown waited for their arrival, Mr. Harris returned to his vehicle and fled. Mr. Harris led the troopers on a 29 mile, high speed pursuit through Richland Parish and into Franklin Parish. The pursuit ended on U.S. 425 just south of Baskin, LA, after Dy. Aaron Touchet, Franklin Parish Sheriff's Office, successfully deployed his spike strips on Mr. Harris' vehicle. Mr. Harris subsequently drove off the right side of the highway, and while rolling slowly along a small ditch, Mr. Harris jumped out of the passenger side of the vehicle and laid prone on the ground. After a brief struggle, Tpr. DeMoss, TFC Shappley, Tpr. Harper, TFC Brown and several deputies handcuffed and arrested Mr. Harris for Aggravated Flight from a Law Enforcement Officer, Resisting an Officer, Suspended Driver's License, Improper passing, Speeding, Improper Lane Usage, Ignoring Traffic Controls, and Reckless Operation of a Vehicle.

On December 9, 2020, the Louisiana State Police Criminal Investigations Division (LSP-CID) began a criminal investigation into the force used by the troopers during the arrest of Mr. Harris. On February 8,

2021, after a review of the arrest report, Use of Force report, LSP radio traffic recordings, LSP and Franklin Parish S.O. Body-Worn Camera (BWC) footage, LSP In-Car Camera (ICC) footage, Mobile Data Terminal (MDT) communications and witness interviews, Tpr. DeMoss and Tpr. Harper were arrested and charged with Simple Battery and Malfeasance in Office. TFC Brown was arrested and charged with Simple Battery, Malfeasance in Office and Obstruction of Justice.

As instructed by Colonel Lamar Davis, an administrative investigation was initiated into the allegation of Use of Force on the part of TFC Brown. Captain Christopher Eskew assigned the case to Tpr. Richard Buckland and the Internal Affairs investigation began February 10, 2021. However, on March 14, 2021, prior to conducting any interviews and/or the conclusion of the investigation, TFC Jacob Brown resigned from the Department. Therefore, the administrative investigation (21-005) was discontinued.